# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 14, 2022

## NO. 03-21-00679-CV

**Greg Abbott, in his Official Capacity as Governor of the State of Texas, and John Scott, in his Official Capacity as Secretary of State of Texas, Appellants**

**v.**

**Mexican American Legislative Caucus, Roland Gutierrez, Sarah Eckhardt, Ruben Cortez, and The Tejano Democrats, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on December 22, 2021. Having reviewed the record, the Court holds that Greg Abbott, in his Official Capacity as Governor of the State of Texas, and John Scott, in his Official Capacity as Secretary of State of Texas have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.